## SOLOMON v. SMITH.

*Appeal from District Court of Arapahoe County.*

Mr. V. D. MARKHAM and Messrs. PERRY & CARPENTER, for appellant.

Mr. W. S. DECKER and Mr. T. D. W. YONLEY, for appellee.

RICHMOND, C. The questions presented in the above case are identical with those presented in the foregoing case, and were submitted at the same time.

For the reasons stated in the above opinion the judgment of the court should be affirmed.

PER CURIAM. The judgment is affirmed.

*Affirmed.*